No. 899. UNITED STATES *v.* INTERSTATE COMMERCE COMMISSION ET AL.;

No. 942. BRUNDAGE ET AL. *v.* UNITED STATES ET AL.;

No. 999. CITY OF AUBURN *v.* UNITED STATES ET AL.; and

No. 1003. LIVINGSTON ANTI-MERGER COMMITTEE *v.* INTERSTATE COMMERCE COMMISSION ET AL. Appeals from D. C. D. C. Probable jurisdiction noted. Cases consolidated and a total of four hours allotted for oral argument for these appeals and any other appeals taken from the same judgment as to which jurisdiction may hereafter be noted. MR. JUSTICE FORTAS took no part in the consideration or decision of this matter. *Solicitor General Griswold, Assistant Attorney General Zimmerman, Deputy Solicitor General Springer,* and *Howard E. Shapiro* for the United States, appellant, in No. 899; *Louis B. Dailey* and *Harry Tyson Carter* for appellants Brundage et al. in No. 942; *Robert L. Wald* and *Joel E. Hoffman* for appellant in No. 999; and *Valentine B. Deale* for appellant in No. 1003. *Robert W. Ginnane, Fritz R. Kahn,* and *Jerome Nelson* for appellee Interstate Commerce Commission in all four cases; *Alan F. Wohlstetter* for appellees 230 Pacific Northwest Shippers in No. 899; *Robert Y. Thornton,* Attorney General of Oregon, and *Richard W. Sabin* for appellee Public Utility Commissioner in No. 899; *Hugh B. Cox, Ray Garrett, D. Robert Thomas, Lee B. McTurnan, Anthony Kane, Louis E. Torinus, Earl F. Requa, Frank S. Farrell, Eldon Martin,* and *Richard J. Flynn* for appellees Great Northern Railway Co. et al. in all four cases; and *Edwin O. Schiewe, Raymond K. Merrill, Thomas H. Ploss,* and *Edward H. Foley* for appellee Chicago, Milwaukee, St. Paul & Pacific Railroad Co. in No. 899. [For earlier order herein, see *ante,* p. 994, *sub nom. Great Northern Railway Merger Case.*]